■ Transcontinental Insurance Company, Appellant, v New York State Roofing and Contractors Compensation Trust et al., Respondents. [760 NYS2d 376] —Appeal from a judgment (denominated order and judgment) of Supreme Court, Onondaga County (Centra, J.), entered August 7, 2002, which, inter alia, granted defendants' motion for summary judgment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Onondaga County, Centra, J. Present—Green, J.P., Hurlbutt, Kehoe, Gorski and Hayes, JJ.